AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

United States of America )
v. )
Christopher R. Kaley ) Case No. 6:22-mj-2258
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 14, 2022 _____ in the county of _____ Orange _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Albert Grooms, SA, HSI
*Printed name and title*

Sworn to before me over video conference and
signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: 12 | 8 | 22

_____
*Judge's signature*

City and state: _____ Orlando, FL _____

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**                    **CASE NO. 6:22-mj-** 2258

**COUNTY OF ORANGE**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Albert Grooms, being duly sworn, declare and state as follows:

1.      I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since June 2015. I am currently assigned to the Orlando, Florida, office of HSI, and my duties include the enforcement of federal criminal statutes, including but not limited to Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i) and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

2.      My formal education includes a bachelor's degree in Criminal Justice from American Military University and a Master's degree in Human Services Counseling: Criminal Justice from Liberty University. Through numerous advanced law enforcement-training programs, I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in training courses for the investigation and enforcement of child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography.

3.     This affidavit is submitted in support of a criminal complaint. As set forth in more detail below, I have probable cause to believe that Christopher KALEY knowingly distributed child pornography, in interstate commerce, in violation of 18 U.S.C. § 2252A(a)(2).

4.     I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE STATEMENT

5.     On October 25, 2022, the Orange County Sheriff's Office (OCSO) in Orlando, Florida received information from the National Center for Missing and Exploited Children (NCMEC) regarding the potential distribution of child pornography via the social media platform Discord. Discord is a voice, video, media and text (chat) communication service over the Internet. Users can communicate in private chats, ranging from 1–10 users, or as part of a larger group called servers. Servers are also broken down into subcategories, or channels. Discord maintains these media, and text (chat) communications, whether they occurred on a server or in private chats.

2

6.     Discord reported a user with the following identifiers (hereinafter Discord Account) uploaded one file of "apparent child pornography" with a file name of IMG-20210416-WA00033.jpg and a MD5 hash value of 9fded280afc28529d89ba387f0b10c69 (hereinafter **Target File**) on October 14, 2022, at 13:05:08 (UTC)/09:05:08 (EDT).[1]

User ID: 1028214592012292147

Username: Chriscool#479

Email: shamukaley@gmail.com

7.     A detective from the OCSO reviewed the Target File and confirmed it was child pornography. The Target File shows a fully nude pre-pubescent female laying on her back with her legs spread and vagina prominently displayed. The IP address used to upload the Target File was determined by law enforcement to be an IP address assigned by the ISP AT&T Wireless, which likely indicates that the device used to upload the Targe File was a cellular phone. Due to technological limitations of the ISP with respect to this cellular IP address, AT&T Wireless, is unable to attribute the IP address on that date and time to a specific user.

8.     On or about November 1, 2022, the OCSO served Discord with a search warrant issued by the Circuit Court of the Nineth Judicial Circuit of Florida requesting information and content associated with the Discord Account.

9.     A search of law enforcement databases utilizing open records connected

---

[1] Discord reported they reviewed the entire contents of the uploaded file prior to reporting the file to NCMEC.

email address shamukaley@gmail.com to KALEY. A search of KALEY's social media accounts revealed he lists himself as holding multiple positions of public trust with access to children. The positions KALEY states he holds are "Kaley family children support and mentoring services," "Kaley family children's prayer ministry," and working for a major amusement park/theme park frequented by children in the Orlando area.

10.     On November 9, 2022, Discord responded to the search warrant, providing IP logs and account content. The content provided included messages between the Discord Account and other Discord users. The evidence from the search warrant showed that the vast majority of account logins and sent/received messages utilized IP address 72.189.98.84 (IP 1). The last login from IP 1 into the Discord Account was on October 14, 2022, at 02:17:47 (UTC)/22:17:47 (EDT).

11.     A review of the messages provided by Discord revealed the Discord Account engaged in conversation with multiple different Discord users. In one conversation between the Discord Account and another Discord user (hereinafter Other User 1) from October 11, 2022, to October 20, 2022, the message starts with the Discord Account roleplaying as an adult with Other User 1 roleplaying as a 10.5-year-old boy. During the roleplay the Discord Account engages in virtual text-based sex with Other User 1. Later in the roleplay conversation the Discord Account tells Other User 1 they are going to send them a "video of a man fucking a boy your age". Other User 1 responded (appearing to break the roleplay scenario) that he could report that, the Discord Account stated the video isn't real and asked Other User 1 to

not report him. Other User 1 responded: "I know the video is real …is ok".

12.     The Discord Account told Other User 1 his name is Christopher Robert KALEY, and he is 42 years old, living in Orlando, Florida.

13.     In other conversations Discord Account (KALEY) told Other User 1:

Discord Account: I work for [major theme park frequented by children] has janitor and I am a youth pastor and prayer ministry leader for children 0 to 18 and thier families and I am child photographer for modeling and family photography (This message was sent October 12, 2022, at 21:42:43 (UTC)/17:42:43 (UDT), less than a minute after the Discord Account logged in utilizing IP 1).

Discord Account: I would never really hurt a child anymore because I am a youth pastor and prayer ministry leader for children 0 to 18. (This message was sent October 12, 2022, at 20:15:08 (UTC)/16:15:08 (UDT), less than a minute after the Discord Account logged in utilizing IP 1).

14.     On October 14, 2022, the Discord Account (KALEY) had a conversation with another Discord user (hereinafter Other User 2) which contained the following exchange:

Discord Account: Do you watch porn

Other User 2: Yeah sometimes :3

Discord Account: How about child porn

Other User 2: Never seen it

5

Discord Account: Ok

Discord Account:  Have u asked for children nudes

Other User 2: Nope, never

Other User 2: And you?

Discord Account: Yes in the past

Other User 2: Ooh

Other User 2: Did they ever send ?

Discord Account: Yes

Other User 2: Oooh, c-can i see some of them?

Discord Account:  Do you have telegram

Other User 2: Nope

Discord Account: U can't tell

Other User 2: I won’t

Discord Account: They are loading

Other User 2: Alright

Other User 2: Ooh

Other User 2: You got anymore?

Discord Account: More on the way

Other User 2: Ooh, alright

Discord Account: [Sends the Target File on October 14, 2022, at 13:05:08 (UTC)/09:05:08 (EDT)]

Discord Account: Now I shared my penis and child nudes ur penis and ass

please no face shots (The entirety of the conversation occurred on October 14, 2022 between 11:39:13 (UTC)/07:39:13 (UDT) and 13:27:13 (UTC)/09:27:13 (UDT) which happened after the Discord Account logged in with IP 1 and before logging in with another IP address.)

15.    On November 9, 2022, I sent an exigent request to Charter Communications requesting the subscriber information associated with IP 1 on October 14, 2022. Charter Communications responded IP 1 was associated with KALEY at a residence in Orlando, Florida (hereinafter referred to as the Subject Premises). The Florida Driver and Vehicle Information Database (DAVID) lists KALEY's address as the Subject Premises from January 27, 2016, to present.

16.    On December 7, 2022, a federal search warrant for the Subject Premises was obtained. On this same day, HSI Orlando and OCSO executed the search warrant. Inside the residence were four adults including KALEY. All the adults were members of KALEY's immediate family. There were approximately seven devices found in the residence and three were seized as devices used by KALEY. HSI conducted a preliminary search on KALEY's cellphone and shared laptop. The cellphone was found in the bedroom that KALEY shared with his mentally disabled brother. The cellphone number was associated with KALEY and KALEY claimed the cellphone was his. A review of the cell phone revealed hundreds of images and videos of child pornography. One image of child pornography found on KALEY's cell phone in his photo gallery was a visual match to the **Target File**.

17.    During a post-Miranda interview, KALEY stated that he frequently

7

viewed child pornography with his brother in their bedroom. He admitted that he trades child pornography multiple times a week with various users over the Internet on an application called Telegram. KALEY stated he had a problem and wanted to get counseling. KALEY also stated law enforcement would find "more than 100" images of child pornography on his devices. KALEY also confirmed he was the user of the Discord username Chriscool#479[2] and the E-mail address shamukaley@gmail.com.

18.    KALEY stated he received the **Target File** from an Internet ex-girlfriend from Nigeria. KALEY further stated he shared the **Target File** with other people. KALEY stated he works for a major theme park that is frequented by children in the Orlando area and works with children at the church. KALEY denied any sexual physical contact with children after he became an adult and stated he would never hurt a child.

---

[2] This Discord username is no longer in use.

## CONCLUSION

19.     Based on the above, there is probable cause that on or about October 14,

2022, Christopher KALEY, while in Orange County, knowingly distributed child

pornography using any means or facility of interstate or foreign commerce, in

violation of 18 U.S.C. § 2252A(a)(2)(A).


Albert Grooms, Special Agent
Homeland Security Investigations


Affidavit submitted by email and attested to me
as true and accurate via Zoom consistent
with Fed. R. Crim. P. 4.1 and 4(d)
before me this 8th day of December, 2022.

LESLIE HOFFMAN PRICE
United States Magistrate Judge

9